BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS<br>xxx-xx-0493<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>    Defendant. | Case No: 18-cv-00001-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to September 12, 2018.

Dated: August 10, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE