IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-0001-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Good cause appearing therefor, the parties' stipulation for an extension of time for plaintiff to file her opening brief is approved. Plaintiff shall file her opening brief on or before September 20, 2018.

　　　　IT IS SO ORDERED.

Dated: September 17, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE